1  Alan Harris (SBN 146079)
   David Zelenski (SBN 231768)
2  HARRIS & RUBLE
   5455 Wilshire Boulevard, Suite 1800
3  Los Angeles, CA 90036
   Telephone: (323) 931-3777
4  Facsimile: (323) 931-3366

5  Attorneys for Plaintiff

E-filing

6

7

8                                                            EMC

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

                              Case No.

11 WENDY WESTCOTT,
   individually and on behalf of all        **CLASS ACTION COMPLAINT**
12 others similarly situated,
                                               1. Cal. Lab. Code § 226.7 (wages for
13              Plaintiff,                         rest and meal period)

14      v.                                      2. Cal. Lab. Code § 203 (continuing
                                                   wages)
15 CARDIOLOGY ASSOCIATES OF
   MARIN AND SAN FRANCISCO                      3. Cal. Lab. Code § 226 (wage
16 MEDICAL GROUP, INC.,                            statements)
   CARDIOVASCULAR
17 ASSOCIATES OF MARIN AND                      4. Cal. Lab Code §§ 204, 510 and
   SAN FRANCISCO MEDICAL                           1194 California Labor Code
18 GROUP, INC., and JOEL SKLAR,                    (Failure to Pay Minimum Wage or
   MD,                                             Overtime Compensation)
19
                Defendants.                     5. 29 USCS § 206 and 207 (Fair
20                                                 Labor Standards Act)

21                                             6. Cal. Bus. & Prof. Code § 17200 *et*
                                                  *seq.*
22

23                                      **DEMAND FOR JURY TRIAL**

24

25 COMES NOW Plaintiff, and for her causes of action against Defendant, alleges:

26                         **JURISDICTION AND VENUE**

27      1.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b).

28 Defendants constitute an "enterprise" within the meaning of the Fair Labor Standard Act,

1   29 U.S.C. § 203. See 29 U.S.C. § 203(r) (defining "enterprise"). Defendants are

2   engaged in interstate commerce. This Court has federal-question jurisdiction under 28

3   U.S.C. § 1331. Furthermore, under 28 U.S.C. § 1367, this Court may exercise

4   supplemental jurisdiction over Plaintiff's state-law claims. There are no grounds that

5   would justify this Court's declining to exercise its jurisdiction pursuant to 28 U.S.C.

6   § 1367. See 28 U.S.C. § 1367(c) (explaining grounds on which courts may decline to

7   exercise supplemental jurisdiction).

8                         **PARTIES AND JURISDICTION**

9       2.      Plaintiff WENDY WESTCOTT ("WESTCOTT" or "Plaintiff") is an

10  individual who, during the time periods relevant to this Complaint, was employed within

11  the County of Marin, State of California. Plaintiff is a resident of the County of Marin,

12  State of California.

13      3.      Defendant CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN

14  FRANCISCO MEDICAL GROUP, INC., ("CARDIOVASCULAR") was and is a

15  business organization doing business within the State of California. CARDIOLOGY

16  ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.,

17  ("CARDIOLOGY") was and is a Corporation doing business within the State of

18  California. JOEL SKLAR, MD("SKLAR") is an individual physician who, on

19  information and belief, controls the Corporate Defendants. CARDIOVASCULAR,

20  CARDIOLOGY and SKLAR hereinafter referred to collectively as "Defendants".

21  Defendants maintain numerous facilities throughout the State of California. Defendants

22  do business in Marin County and San Francisco County, California and at all relevant

23  times employed Plaintiff and numerous other hourly employees. Defendants have

24  significant contacts with Marin County and San Francisco County and the activities

25  complained of herein occurred in whole or in part, in Marin County and San Francisco

26  County.

27                         **GENERAL ALLEGATIONS**

28      5.      WESTCOTT worked for DEFENDANTS from approximately July 2005

1 through October 2007 as a front desk receptionist at the DEFENDANTS' facility in
2 Greenbrae, California, County of Marin.

3     6.    In or around October of 2007, WESTCOTT's employ with DEFENDANTS
4 was concluded.

5     7.    At all relevant times mentioned herein, section 201 of the California Labor
6 Code provided that "wages earned and unpaid at the time of discharge are due and
7 payable immediately." Section 202 of the California Labor code provided that for
8 individuals who quit with at least three days notice, payment of final wages would be
9 immediate and that for individuals who quit without notice, payment of final wages
10 would be within 72 hours.

11     8.    DEFENDANTS did not compensate WESTCOTT as required by sections
12 201 and/or 202 of the California Labor Code.

13     9.    To date, WESTCOTT has not been fully compensated for the work she
14 performed for DEFENDANTS.

15     10.    At all relevant times mentioned herein, section 203 of the California Labor
16 Code provided:

17       If an employer willfully fails to pay, without abatement or reduction, in
18       accordance with Sections 201, 201.5, 202 and 202.5, any wages of an
19       employee who is discharged or who quits, the wages of the employee shall
20       continue as a penalty from the due date thereof at the same rate until paid or
21       until action therefor is commenced; but the wages shall not continue for
22       more than 30 days.

23     11.    WESTCOTT contends that DEFENDANTS' failure to pay her within the
24 time provided by sections 201 and 202 of the California Labor Code has been and is
25 "willful" within the meaning of section 203 of the California Labor Code and that,
26 accordingly, Plaintiff is entitled to the "continuing wages" provided for by section 203.

27     12.    At all relevant times mentioned herein, section 1198 of the California Labor
28 Code provided:

1     The maximum hours of work and the standard conditions of labor fixed by
2     the [Industrial Welfare Commission] shall be the maximum hours of work
3     and the standard conditions of labor for employees. The employment of any
4     employee for longer hours than those fixed by [an] order or under
5     conditions of labor prohibited by [an] order is unlawful.

6     13.     At all relevant times mentioned herein, Wage Order Number 4 (as
7     periodically amended) applied to WESTCOTT.

8     14.     Wage Order Number 4 requires a one-hour wage premium for each day that
9     an employee is not provided with a mandated ten-minute rest period per four-hour work
10    period. Additionally, Wage Order Number 4 requires a one-hour wage premium for each
11    day that an employee is not provided with a mandated thirty-minute meal period for any
12    shift that is longer than five hours. Finally, Wage Order Number 4 requires that those
13    who are employed more than eight (8) hours in any workday or more than 40 hours in
14    any workweek receive overtime compensation.

15    15.     The right to rest periods and meal periods has been codified in sections
16    226.7 and 512 of the California Labor Code. At all relevant times mentioned herein,
17    section 512(a) provided:

18        An employer may not employ an employee for a work period of more than
19        five hours per day without providing the employee with a meal period of not
20        less than 30 minutes, except that if the total work period per day of the
21        employee is no more than six hours, the meal period may be waived by
22        mutual consent of both the employer and employee. An employer may not
23        employ an employee for a work period of more than 10 hours per day
24        without providing the employee with a second meal period of not less than
25        30 minutes, except that if the total hours worked is no more than 12 hours,
26        the second meal period may be waived by mutual consent of the employer
27        and the employee only if the first meal period was not waived.

28    At all relevant times mentioned herein, section 226.7(b) provided:

1      If an employer fails to provide an employee a meal period or rest period in

2      accordance with an applicable order of the Industrial Welfare Commission,

3      the employer shall pay the employee one additional hour of pay at the

4      employee's regular rate of compensation for each work day that the meal or

5      rest period is not provided.

6      16.    Compensation for missed rest and meal periods constitutes wages within the

7 meaning of section 201 et seq. of the California Labor Code.

8      17.    At all relevant times mentioned herein, section 558 of the California Labor

9 Code provided:

10      (a) Any employer or other person acting on behalf of an employer who

11      violates, or causes to be violated, a section of this chapter or any provision

12      regulating hours and days of work in any order of the Industrial Welfare

13      Commission shall be subject to a civil penalty as follows: (1) For any initial

14      violation, fifty dollars ($50) for each underpaid employee for each pay

15      period for which the employee was underpaid in addition to an amount

16      sufficient to recover underpaid wages. (2) For each subsequent violation,

17      one hundred dollars ($100) for each underpaid employee for each pay

18      period for which the employee was underpaid in addition to an amount

19      sufficient to recover underpaid wages. (3) Wages recovered pursuant to this

20      section shall be paid to the affected employee.

21      18.    WESTCOTT contends that DEFENDANTS' failure to comply with section

22 512 of the California Labor Code and with Wage Order Number 4 subjects the Corporate

23 DEFENDANTS to civil penalties pursuant to section 558.

24      19.    WESTCOTT also contends that DEFENDANTS' failure to comply with

25 section 226 of the California Labor Code subjects the Corporate DEFENDANTS to civil

26 penalties pursuant to section 226.3 of the California Labor Code. At all relevant times

27 mentioned herein, section 226 of the California Labor Code provided:

28      (a) Every employer shall, semimonthly or at the time of each payment of

5
COMPLAINT

wages, furnish each of his or her employees, either as a detachable part of the check, draft, or voucher paying the employee's wages, or separately when wages are paid by personal check or cash, an itemized statement in writing showing (1) gross wages earned, (2) total hours worked by the employee, except for any employee whose compensation is solely based on a salary and who is exempt from payment of overtime under subdivision (a) of Section 515 or any applicable order of the Industrial Welfare Commission, (3) the number of piece-rate units earned and any applicable piece rate if the employee is paid on a piece-rate basis, (4) all deductions, provided, that all deductions made on written orders of the employee may be aggregated and shown as one item, (5) net wages earned, (6) the inclusive dates of the period for which the employee is paid, (7) the name of the employee and his or her social security number, (8) the name and address of the legal entity that is the employer, and (9) all applicable hourly rates in effect during the pay period and the corresponding number of hours worked at each hourly rate by the employee. The deductions made from payments of wages shall be recorded in ink or other indelible form, properly dated, showing the month, day, and year, and a copy of the statement or a record of the deductions shall be kept on file by the employer for at least three years at the place of employment or at a central location within the State of California.

. . . .

(e) An employee suffering injury as a result of a knowing and intentional failure by an employer to comply with subdivision (a) is entitled to recover the greater of all actual damages or fifty dollars ($50) for the initial pay period in which a violation occurs and one hundred dollars ($100) per employee for each violation in a subsequent pay period, not exceeding an aggregate penalty of four thousand dollars ($4,000), and is entitled to an

1     award of costs and reasonable attorney's fees.

2     . . . .

3     (g) An employee may also bring an action for injunctive relief to ensure

4     compliance with this section, and is entitled to an award of costs and

5     reasonable attorney's fees.

6 DEFENDANTS employed WESTCOTT but failed to provide her with the data required

7 by section 226 of the California Labor Code. For example, DEFENDANTS failed to

8 provide information concerning wages earned on account of meal and rest penalties and

9 failed to provide the total hours worked. Additionally, DEFENDANTS failed to provide

10 the name and address of the legal entity that is the employer. Exhibit 1 hereto reflects

11 certain of Plaintiff's wage statements. At all relevant times mentioned herein, section

12 226.3 of the California Labor Code provided:

13     Any employer who violates subdivision (a) of Section 226 shall be subject

14     to a civil penalty in the amount of two hundred fifty dollars ($250) per

15     employee per violation in an initial citation and one thousand dollars

16     ($1,000) per employee for each violation in a subsequent citation, for which

17     the employer fails to provide the employee a wage deduction statement or

18     fails to keep the records required in subdivision (a) of Section 226. The

19     civil penalties provided for in this section are in addition to any other

20     penalty provided by law.

21     20. At all relevant times mentioned herein, section 204(a) of the California Labor

22 Code provided:

23     All wages, other than those mentioned in Section 201, 202, 204.1, or 204.2,

24     earned by any person in any employment are due and payable twice during

25     each calendar month, on days designated in advance by the employer as the

26     regular paydays. Labor performed between the 1st and 15th days, inclusive,

27     of any calendar month shall be paid for between the 16th and the 26th day

28     of the month during which the labor was performed, and labor performed

1    between the 16th and the last day, inclusive, of any calendar month, shall be

2    paid for between the 1st and 10th day of the following month.

3    21. At all relevant times mentioned herein, section 510 (a) of the California Labor

4    Code provided:

5    Eight hours of labor constitutes a day's work. Any work in excess of

6    eight hours in one workday and any work in excess of 40 hours in any

7    one workweek and the first eight hours worked on the seventh day of

8    work in any one workweek shall be compensated at the rate of at least one

9    and one-half times the regular rate of pay for an employee. Any work in

10   excess of 12 hours in one day shall be compensated at the rate of no less

11   than twice the regular rate of pay for an employee. In addition, any work

12   in excess of eight hours on any seventh day of a workweek shall be

13   compensated at the rate of no less than twice the regular rate of pay of an

14   employee. Nothing in this section requires an employer to combine more

15   than one rate of overtime compensation in order to calculate the amount

16   to be paid to an employee for any hour of overtime work. The

17   requirements of this section do not apply to the payment of overtime

18   compensation to an employee working pursuant to any of the following

19        (1) An alternative workweek schedule adopted pursuant to Section 511.

20        (2) An alternative workweek schedule adopted pursuant to a collective

21        bargaining agreement pursuant to Section 514.

22   22. In regard to the employment of Plaintiff, the provisions of subparagraphs (1)

23   and (2) of section 510 of the California Labor Code were inapplicable in that no

24   alternative workweek schedule had been adopted pursuant to section 511 and Plaintiff's

25   employment to which reference is hereinafter made was not governed by any collective

26   bargaining agreement.

27   23. At all relevant times mentioned herein, section 1194 of the California Labor

28   Code provided:

1   Notwithstanding any agreement to work for a lesser wage, any employee
2   receiving less than the legal minimum wage or the legal overtime
3   compensation applicable to the employee is entitled to recover in a civil
4   action the unpaid balance of the full amount of this . . . overtime
5   compensation, including interest thereon, reasonable attorney's fees, and
6   costs of suit.

7   At all relevant times mentioned herein, section 1194.2 of the California Labor Code
8   provided:

9       (a) In any action under . . . Section 1194 to recover wages because of the
10      payment of a wage less than the minimum wage fixed by an order of the
11      commission, an employee shall be entitled to recover liquidated damages in
12      an amount equal to the wages unlawfully unpaid and interest thereon.

13      24. Notwithstanding the foregoing requirements of law, Plaintiff was routinely
14  denied payment of overtime wages. In those instances when Plaintiff was compensate
15  overtime, she was compensated at an overtime rate computed without regard to her
16  actual base wage rate, including earned but unpaid wages for missed break and meal
17  periods. Further, Plaintiff was not compensated with overtime for work performed in
18  excess of eight hours per day but less than ten hours per day.

19      25.   Section 2699 of the California Labor Code, the Labor Code Private
20  Attorneys General Act of 2004, provides in subpart (a) and subparts (f) through (g):
21      Notwithstanding any other provision of law, any provision of this code that
22      provides for a civil penalty to be assessed and collected by the Labor and
23      Workforce Development Agency or any of its departments, divisions,
24      boards, agencies or employees, for a violation of this code, may, as an
25      alternative, be recovered through a civil action brought by an aggrieved
26      employee on behalf of herself or herself and other current or former
27      employees pursuant to the procedures specified in Section 2699.3.

28      . . . .

9
COMPLAINT

1

2

3

4

For all provisions of this code except those for which a civil penalty is
specifically provided, there is established a civil penalty for a violation of
these provisions . . . on behalf of herself or herself and other current or
former employees . . . .

5

6

7

8

9

10

11

26.    Pursuant to section 2699 of the California Labor Code, WESTCOTT
contends that sections 201, 203, 204, 226, 226.3, 226.7, 512, 558, 1194 and 1198 of the
California Labor Code may entitle her to recover civil penalties against DEFENDANTS
through a civil action on behalf of herself and other current and former employees.
Further, the provisions of the applicable Wage Order as described in Paragraphs 14 and
18 also may entitle her to recover civil penalties against DEFENDANTS through a civil
action on behalf of herself and other current and former employees.

12

## CLASS-ACTION ALLEGATIONS

13

14

15

16

17

18

27.    The class represented by Plaintiff (hereafter referred to as the "Class")
consists of all natural persons who were issued one or more paychecks by either or both
of the Corporate DEFENDANTS in California during the period beginning four years
prior to the filing of this Complaint to the date of the Court's ruling on a motion for class
certification (such persons referred to hereafter as "Class Members" and such period
referred to hereafter as "Class Period").

19

20

21

28.    Plaintiff contends that Defendants' failure to provide the data required by
section 226 of the California Labor Code entitles each Class Member to either actual
damages or statutory damages, whichever is greater.

22

23

24

29.    Plaintiff contends that Defendants' failure to pay wages as provided by
section 226.7 of the California Labor Code entitles each Class Member to payment of
such earned but unpaid wages owing on account of missed rest periods and meal breaks.

25

26

27

30.    Plaintiff contends that Defendants' failure to pay overtime wages as
provided by sections 204, 514 and 1194 of the California Labor Code entitles each Class
Member to payment of such earned but unpaid overtime wages.

28

31.    Plaintiff contends that Defendants' failure to make final wage payments

1   within the time provided by sections 201 and/or 202 of the California Labor Code has
2   been and is "willful" within the meaning of section 203 of the California Labor Code and
3   that, accordingly, each Class Member who has had his employment with Defendant
4   terminated is entitled to the "continuing wages" for which provision is made by section
5   203 of the California Labor Code.

6      32.   The number of Class Members is great, presently believed to be in excess of
7   seventy persons, but fewer than five hundred. It therefore is impractical to join each
8   Class Member as a named plaintiff. Accordingly, utilization of a class action is the most
9   economically feasible means of determining the merits of this litigation.

10      33.   Despite the Class Members' numerosity, the Class Members are readily
11   ascertainable through an examination of the records that Defendant is required by law to
12   keep. Likewise, the dollar amount owed to each Class Member is readily ascertainable
13   by an examination of those same records.

14      34.   Common questions of fact and of law predominate in the Class Members'
15   claims over individual issues regarding the money owed to each Class Member. Some of
16   the common issues herein are described in Paragraph 38, infra.

17      35.   There is a well-defined community of interest in the questions of law and
18   fact common to the Class Members. Some of the common issues herein are described in
19   Paragraph 38, infra.

20      36.   Plaintiff's claims are typical of the claims of the Class Members, which
21   claims all arise from the same general operative facts, namely, Defendant did not
22   compensate its employees as required by the California Labor Code and the Fair Labor
23   Standards Act. Plaintiff has no conflict of interest with the other Class Members and she
24   and her counsel are able to represent the interests of the other Class Members fairly and
25   adequately.

26      37.   A class action is a superior method for the fair and efficient adjudication of
27   this controversy. The persons within the Class are so numerous that joinder of all of
28   them is impracticable. The disposition of all claims of the members of the class in a

1    class action, rather than in individual actions, benefits the parties and the court. The
2    interest of the Class Members in controlling the prosecution of separate claims against
3    Defendant is small when compared with the efficiency of a class action. The claims of
4    each individual Class Member are too small to litigate individually, and the
5    commencement of separate actions in this Court would lead to an undue burden on
6    scarce judicial resources. Further, the alternative of individual proceedings before the
7    California Labor Commissioner is impractical inasmuch as that agency has insufficient
8    resources to process such claims promptly and, under the provisions of California Labor
9    Code section 98.2, if the individual class members were to succeed in obtaining awards
10   in their favor, such awards are appealable as a matter of right for a *de novo* trial in
11   Superior Court, leading to a multiplicity of such trials in that court. Further, absent class
12   treatment, employees will most likely be unable to secure redress given the time and
13   expense necessary to pursue individual claims, and individual Class Members will likely
14   be unable to retain counsel willing to prosecute their claims on an individual basis, given
15   the small amount of recovery. As a practical matter, denial of class treatment will lead to
16   denial of recovery to the individual Class Members.

17       38. There is a well-defined community of interest in the questions of law and fact
18   common to the Class. The key questions are the same for each Class Member: (a) Was
19   such Class Member an employee of Defendant? (b) Was such Class Member discharged
20   by Defendant? (c) Was such Class Member paid his or her wages as provided by
21   sections 201, 201.5 and/or 202 of the California Labor Code? (d) Did Defendant fail to
22   timely pay Class members their minimum and overtime wages? (e) Did Defendant fail to
23   pay Class Members the proper overtime rate? (f) Did Defendant fail to provide Class
24   Members with a thirty minute, uninterrupted meal break within 5 hours of a work shift?
25   (g) Did Defendant fail to provide Class Members with a mandated ten-minute rest period
26   per four-hour work period? (h) Did Defendant commit unlawful business acts or
27   practices within the meaning of California Business and Professions Code sections
28   17200 *et seq*.?

1    39. The interest of each Class Member in controlling the prosecution of his or her

2   individual claim against Defendant is small when compared with the efficiency of a class

3   action.

4                    **FLSA COLLECTIVE ACTION ALLEGATIONS**

5    40. In this collective action, Plaintiff seeks to represent all individuals who were

6   employed by Defendant (the "COLLECTIVE ACTION MEMBERS").

7    41. Plaintiff is similarly situated with the COLLECTIVE ACTION MEMBERS in

8   that: (a) Plaintiff and the COLLECTIVE ACTION MEMBERS were employed by

9   Defendant; (b) Plaintiff and the COLLECTIVE ACTION MEMBERS were not paid

10  their overtime wages at the proper rate, instead being paid at a reduced rate that did not

11  give consideration to earned but unpaid wages owing on account of missed rest and meal

12  periods; (c) Defendant knowingly and willfully violated provisions of the FLSA, by not

13  paying Plaintiff and the COLLECTIVE ACTION MEMBERS their full overtime wages;

14  (d) As a result of Defendants' practice of withholding full compensation for all overtime

15  hours worked, Plaintiff and the COLLECTIVE ACTION MEMBERS have been

16  similarly damaged in that they have not received timely payment in full of their earned

17  wages.

18   42. This action is maintainable as an "opt-in" collective action pursuant to 29

19  U.S.C. § 216(b) as to claims for unpaid overtime wages, liquidated damages, costs and

20  attorneys' fees under the FLSA.

21   43. All individuals employed by Defendant should be given notice and be allowed

22  to give their consent in writing, i.e., "opt in," to the collective action pursuant to 29

23  U.S.C. § 216(b).

24                        **FIRST CLAIM FOR RELIEF**
        (Cal. Lab. Code § 226.7 *et seq.—Against Corporate Defendants Only*)
25
       44.    Plaintiff repleads, realleges, and incorporates by reference each and every
26
    allegation set forth in the Complaint.
27
       45.    During the Class Period, Class Members in many instances were not
28

                                   13
                               COMPLAINT

1    provided time to take a ten-minute rest period during their work shifts. In those

2    instances when a rest period was potentially provided, many times the Class Members'

3    work requirements were such that their workload would not allow for the Class Member

4    to actually take their rest break, instead requiring that they work through the rest break.

5        46.    During the Class Period, Class Members often were not provided time to

6    take non-working thirty-minute meal breaks within five hours of the beginning of their

7    work shift.

8        47.    Accordingly, each Class Member is entitled to compensation for one hour of

9    pay for each work shift longer than four hours during which he or she was not provided a

10   ten-minute rest period. Likewise, each Class Member is entitled to compensation for one

11   hour of pay for each work shift longer than five hours during which he or she was not

12   provided a thirty-minute non-working meal break.

13                          **SECOND CLAIM FOR RELIEF**
                (Cal. Lab. Code § 203—*Against Corporate Defendants Only*)

14

15       48.    Plaintiff repleads, realleges, and incorporates by reference each and every

     allegation set forth in the Complaint.

16

17       49.    Defendants' failure to compensate Class Members within the time provided

18   by sections 201 and/or 202 of the California Labor Code, despite Defendants' knowledge

     of its obligation to do so, was "willful" within the meaning of section 203 of the

19   California Labor Code. Each Class Member who has had his or her employment with

20   Defendant terminated therefore is entitled to continuing wages from the date on which

21   his or her wages were due until the date on which Defendant makes payment of the

22   wages, not to exceed thirty days.

23       50.    Additionally, Plaintiff is entitled to costs and attorney's fees, demand for

24   which is hereby made in accord with the provisions of the California Labor Code.

25

26                          **THIRD CLAIM FOR RELIEF**
                (Cal. Lab. Code § 226—*Against Corporate Defendants Only*)

27       51.    Plaintiff repleads, realleges, and incorporates by reference each and every

28   allegation set forth in the Complaint.

1    52.    Defendant employed Class Members but failed to provide them with the
2    data required by section 226 of the California Labor Code.  For example, Defendant
3    failed to provide information concerning wages earned on account of meal and rest
4    penalties and failed to provide the total hours worked.  Additionally, Defendant failed to
5    provide the name and address of the legal entity that is the employer.  Accordingly, each
6    Class Member is entitled to damages, and Plaintiff is entitled to an injunction to prevent
7    such misconduct in the future, costs and attorney's fees, demand for which is hereby
8    made in accord with the provisions of the California Labor Code.

9                          **FOURTH CLAIM FOR RELIEF**
         (Cal. Lab Code §§ 204, 510, 1194, 1194.2 and 1197 California Labor Code -- Failure
10                  to Pay Overtime Compensation—*Against Corporate Defendants Only*)

11    53.    Plaintiff repleads, realleges, and incorporates by reference each and every
12    allegation set forth in the Complaint.

13    54.    Defendant employed Class Members but failed to provide them with the
14    overtime compensation required by sections 204, 510, 1194, 1194.2 and 1197 of the
15    California Labor Code.  Defendant routinely paid employees for their overtime work at
16    an artificially low rate.  Accordingly, each Class Member is entitled to damages and
17    liquidated damages, and Plaintiff is entitled to costs and attorney's fees, demand for
18    which is hereby made in accord with the provisions of the California Labor Code.

19                           **FIFTH CLAIM FOR RELIEF**
         (29 USCS § 206 and 207 – Fair Labor Standards Act -- Failure to Pay Overtime
20                    Compensation—Against All Defendants)

21    55.    Plaintiff repleads, realleges, and incorporates by reference each and every
22    allegation set forth in the Complaint.

23    56.    Defendant, by failing to pay Class Members the correct overtime wages due
24    and owing to them for work in excess of forty hours per week, has violated the Fair
25    Labor Standards Act by failing to provide overtime wages as required by 29 USCS § 206
26    and 207.

27    57.    Each Class Member therefore is entitled to be paid according to proof at
28    least the overtime wages for the hours they worked and damages under 29 USCS § 216.

Additionally, Plaintiff is entitled to attorney's fees and costs.

**SIXTH CLAIM FOR RELIEF**
(Cal. Bus. & Prof. Code § 17200 *et seq.—Against All Defendants*)

58.    Plaintiff repleads, realleges, and incorporates by reference each and every allegation set forth in the Complaint.

59.    Defendants are each a "person" within the meaning of section 17201 of the California Business and Professions Code.

60.    As set forth in this Complaint, Plaintiff is informed, believes, and thereon alleges that, for the last four years, Defendants intentionally and improperly have failed to comply with the California Labor Code and the Federal Fair Labor Standards Act, failing and refusing to pay Plaintiff and Members of the Class the full overtime wages to which they are entitled.

61.    Defendants' failure to comply with the California Labor Code has resulted in Defendants' under-reporting to state authorities wages earned by Class Members and, therefore, in Defendants' under-paying state taxes, unemployment premiums, and workers' compensation premiums, all this in an amount based on estimated unpaid wages according to proof.

62.    Additionally, Plaintiff is informed, believes, and thereon alleges that Defendants were able to compete unfairly by not complying with the California Labor Code and the FLSA. By competing unfairly, Defendant has gained a competitive advantage over other comparable businesses in the State of California.

63.    Accordingly, Defendants' failure to comply with the California Labor Code and the FLSA is an unfair and/or unlawful business activity prohibited by section 17200 *et seq.* of the California Business and Professions Code, and it justifies the issuance of an injunction, restitution, and other equitable relief pursuant to section 17203 of the California Business and Professions Code. All remedies are cumulative pursuant to section 17205 of the California Business and Professions Code.

64.    Further, Plaintiff requests attorney's fees and costs pursuant to section

1  1021.5 of the California Code of Civil Procedure upon proof that she has acted in the
2  public interest as set forth in the Private Attorneys General Act.

3  **WHEREFORE**, Plaintiff prays judgment as follows:

4      1.      That this Court certify the class and collective action described in this
5  Complaint.

6      2.      That, with respect to the First Claim for Relief, Plaintiff and Class Members
7  be awarded judgment according to proof, interest, attorneys' fees and costs.

8      3.      That, with respect to the Second Claim for Relief, it be adjudged that the
9  failure of Defendants to make payment of wages within the time prescribed by sections
10  201 and/or 202 of the California Labor Code was "willful" within the meaning of section
11  203 of the California Labor Code and that this Court award Class Members continuing
12  wages, costs of suit, reasonable attorney's fees, and interest, each according to proof.

13      4.      That, with respect to the Third Claim for Relief, this Court enter judgment
14  in favor of Class Members for damages, injunctive relief, reasonable attorney's fees, and
15  costs of suit, each according to proof.

16      5.      That, with respect to the Fourth Claim for Relief, each Class Member be
17  awarded his or her wages, liquidated damages, attorney's fees, and costs according to
18  proof.

19      6.      That, with respect to the Fifth Claim for Relief, this Court enter judgment in
20  favor of Plaintiff in the amount of damages according to proof, reasonable attorney's
21  fees, statutory damages, and costs of suit.

22      7.      That, with respect to the Sixth Claim for Relief, this Court enter judgment
23  for restitution in an amount according to proof, for interest on any restitution, and for
24  reasonable attorney's fees and costs.

25      8.      For such further relief as the Court may order.

26  DATED: April 8, 2008                          HARRIS & RUBLE

27

28                                               Alan Harris
                                                 *Attorney for Plaintiff*

1
2                          **DEMAND FOR JURY TRIAL**
3          Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal
4    Rules of Civil Procedure.
5                                              HARRIS & RUBLE
6
7
8                                              Alan Harris
                                               *Attorney for Plaintiff*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

CO.  FILE   DEPT.  CLOCK  VCHR. NO.  075
50L   000229 000350           0900020046  I

*CARDIOLOGY ASSOCIATES OF MARIN & SF*
*2 BON AIR ROAD #100*
*LARKSPUR, CA 94939*

# Earnings Statement

| Period Beginning: | 01/01/2007 |
| Period Ending: | 01/09/2007 |
| Pay Date: | 01/12/2007 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  0,$50 Additional Tax
CA:  0

WENDY  WESTCOTT
5  DORIS  AVENUE
NOVATO, CA 94947

Social Security Number: XXX-XX-0871

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 37.85 | 860.71 | 860.71 |
| Overtime | 34.1100 | .28 | 9.55 | 9.55 |
| Hol | 22.7400 | 10.00 | 227.40 | 227.40 |
| Gross Pay | | | $1,097.66 | 1,097.66 |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -145.03 | 145.03 |
| Social Security Tax | -68.05 | 68.05 |
| Medicare Tax | -15.92 | 15.92 |
| CA State Income Tax | -12.37 | 12.37 |
| CA SUI/SDI Tax | -6.59 | 6.59 |
| **Other** | | |
| Check1 | -599.70 | |
| 401K | -250.00* | 250.00 |
| **Net Pay** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pto | | 18.92 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 01/01 | NO PUNCHES | | | | |
| Tue | 01/02 | 7:27am | 12:40pm | 1:12pm | 5:30pm | 9:31 |
| Wed | 01/03 | NO PUNCHES | | | | |
| Thr | 01/04 | 7:32am | 12:39pm | 12:56pm | 5:52pm | 10:03 |
| Fri | 01/05 | 6:38am | 3:00pm | | | 8:22 |
| Sat | 01/06 | NO PUNCHES | | | | |
| Sun | 01/07 | NO PUNCHES | | | | |
| Mon | 01/08 | 7:30am | 12:34pm | 1:16pm | 6:03pm | 9:51 |
| Tue | 01/09 | 7:31am | 12:33pm | 1:00pm | 5:50pm | 9:52 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $847.66

©2000 Automatic Data

TEAR HERE

IFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

*CARDIOLOGY ASSOCIATES OF MARIN & SF*
*2 BON AIR ROAD #100*
*LARKSPUR, CA 94939*

| Advice number: | 00000020046 |
| Pay date: | 01/12/2007 |

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $599.70 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

## Earnings Statement

| Period Beginning: | 01/10/2007 |
| Period Ending: | 01/26/2007 |
| Pay Date: | 02/01/2007 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:          0, $50 Additional Tax
CA:               0

**WENDY WESTCOTT**
**5 DORIS AVENUE**
**NOVATO, CA 94947**

Social Security Number: XXX-XX-0671

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 81.07 | 1,843.53 | 2,704.24 |
| Overtime | 34.1100 | .15 | 5.12 | 14.67 |
| Hol | | | | 227.40 |
| **Gross Pay** | | | **$1,848.65** | 2,946.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -277.88 | 422.91 |
| | Social Security Tax | -114.62 | 182.67 |
| | Medicare Tax | -26.80 | 42.72 |
| | CA State Income Tax | -51.39 | 63.76 |
| | CA SUI/SDI Tax | -11.09 | 17.68 |
| | **Other** | | |
| | Check1 | -1,116.87 | |
| | 401K | -250.00* | 500.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,598.65

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pto | | 23.9 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Wed | 01/10 | 1:05pm | 6:00pm | | | 4:55 |
| Thr | 01/11 | 7:30am | 12:35pm | 1:11pm | 6:06pm | 10:00 |
| Fri | 01/12 | NO PUNCHES | | | | |
| Sat | 01/13 | NO PUNCHES | | | | |
| Sun | 01/14 | NO PUNCHES | | | | |
| Mon | 01/15 | 7:35am | 12:38pm | 1:22pm | 6:07pm | 9:48 |
| Tue | 01/16 | 7:38am | 1:04pm | 1:28pm | 5:59pm | 9:57 |
| Wed | 01/17 | NO PUNCHES | | | | |
| Thr | 01/18 | 7:29am | 1:06pm | 1:33pm | 6:04pm | 10:08 |
| Fri | 01/19 | NO PUNCHES | | | | |
| Sat | 01/20 | NO PUNCHES | | | | |
| Sun | 01/21 | NO PUNCHES | | | | |
| Mon | 01/22 | 7:38am | 1:03pm | 1:31pm | 5:59pm | 9:55 |
| Tue | 01/23 | 7:29am | 12:58pm | 1:30pm | 6:02pm | 10:01 |
| Wed | 01/24 | NO PUNCHES | | | | |
| Thr | 01/25 | 7:42am | 1:06pm | 1:45pm | 6:02pm | 9:41 |
| Fri | 01/26 | 7:15am | 2:03pm | | | 6:48 |
| Sat | 01/27 | NO PUNCHES | | | | |

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTEN AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:        00000050051
Pay date;            02/01/2007

THIS IS NOT A CHECK

Deposited to the account of
WENDY WESTCOTT

account number    transit ABA         amount
                                      $1,116.87

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK

CO: FILE DEPT. CLOCK VCHR NO. 075
5QL 000229 000350        0000070049  1

# Earnings Statement

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Period Beginning: | 01/27/2007 |
| Period Ending: | 02/09/2007 |
| Pay Date: | 02/15/2007 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        0,$50 Additional Tax
CA:             0

**WENDY WESTCOTT**
**5 DORIS AVENUE**
**NOVATO, CA 94947**

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 59.68 | 1,357.12 | 4,061.36 |
| Overtime | 34.1100 | .65 | 22.17 | 36.84 |
| Hol | | | | 227.40 |
| **Gross Pay** | | | **$1,379.29** | 4,325.60 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -187.29 | 610.19 |
| Social Security Tax | -85.52 | 268.19 |
| Medicare Tax | -20.00 | 62.72 |
| CA State Income Tax | -23.64 | 87.40 |
| CA SUI/SDI Tax | -8.27 | 25.95 |
| **Other** | | |
| Check1 | -804.58 | |
| 401K | -250.00* | 750.00 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,129.29

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 27.63 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 01/28 | NO PUNCHES | | | | |
| Mon | 01/29 | 8:08am | 6:02pm | | | 9:54 |
| Tue | 01/30 | 7:39am | 1:10pm | 1:40pm | 6:01pm | 9:52 |
| Wed | 01/31 | NO PUNCHES | | | | |
| Thr | 02/01 | 7:26am | 1:00pm | 1:38pm | 6:26pm | 10:22 |
| Fri | 02/02 | NO PUNCHES | | | | |
| Sat | 02/03 | NO PUNCHES | | | | |
| Sun | 02/04 | NO PUNCHES | | | | |
| Mon | 02/05 | 7:30am | 1:07pm | 1:42pm | 6:01pm | 9:56 |
| Tue | 02/06 | 7:21am | 1:11pm | 1:34pm | 6:01pm | 10:17 |
| Wed | 02/07 | NO PUNCHES | | | | |
| Thr | 02/08 | 7:32am | 1:03pm | 1:26pm | 5:54pm | 9:59 |
| Fri | 02/09 | NO PUNCHES | | | | |
| Sat | 02/10 | NO PUNCHES | | | | |

THIS DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | | |
|---|---|---|
| Advice number: | 000000070049 | |
| Pay date | 02/15/2007 | |

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $804.58 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CD.  FILE   DEPT.  CLOCK  VCHR NO.  075
6QL  000229 000350        0000090052  1

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

## Earnings Statement

Period Beginning: 02/10/2007
Period Ending: 02/23/2007
Pay Date: 03/01/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:          0,$50 Additional Tax
CA:               0

WENDY  WESTCOTT
5  DORIS  AVENUE
NOVATO,  CA  94947

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 40.00 | 909.60 | 4,970.96 |
| Overtime | 34.1100 | .30 | 10.23 | 47.07 |
| Hol | 22.7400 | 10.00 | 227.40 | 454.80 |
| Pto | 22.7400 | 10.00 | 227.40 | 227.40 |
| Gross Pay | | | $1,374.63 | 5,700.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -186.58 | 796.77 |
| | Social Security Tax | -85.22 | 353.41 |
| | Medicare Tax | -19.93 | 82.65 |
| | CA State Income Tax | -23.45 | 110.85 |
| | CA SUI/SDI Tax | -8.25 | 34.20 |
| | Other | | |
| | Check1 | -801.20 | |
| | 401K | -250.00* | 1,000.00 |
| Net Pay | | $0.00 | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pto | | 21.34 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 02/11 | NO PUNCHES | | | | |
| Mon | 02/12 | 7:31am | 1:05pm | 1:39pm | 6:15pm | 10:10 |
| Tue | 02/13 | 7:28am | 1:06pm | 1:39pm | 6:07pm | 10:08 - |
| Wed | 02/14 | NO PUNCHES | | | | |
| Thr | 02/15 | NO PUNCHES | | | | |
| Fri | 02/16 | NO PUNCHES | | | | |
| Sat | 02/17 | NO PUNCHES | | | | |
| Sun | 02/18 | NO PUNCHES | | | | |
| Mon | 02/19 | NO PUNCHES | | | | |
| Tue | 02/20 | 7:23am | 12:47pm | 1:23pm | 6:01pm | 10:02 |
| Wed | 02/21 | NO PUNCHES | | | | |
| Thr | 02/22 | 7:31am | 1:11pm | 1:36pm | 5:56pm | 10:00 |
| Fri | 02/23 | NO PUNCHES | | | | |
| Sat | 02/24 | NO PUNCHES | | | | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,124.63

© 2001 ADP, Inc

ENTITY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:      0000009005288 8720
Pay date:           03/01/2007

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $801.20 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

CO.   FILE   DEPT.   CLOCK   VCHR NO.   076
5QL   000229 000350              000D110047   1

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

## Earnings Statement

Period Beginning:     02/24/2007
Period Ending:        03/09/2007
Pay Date:             03/15/2007

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:       0,$50 Additional Tax
CA:            0

WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 76.32 | 1,735.52 | 6,706.48 |
| Overtime | 34.1100 | .80 | 27.29 | 74.36 |
| Hol | | | | 454.80 |
| Pto | | | | 227.40 |
| **Gross Pay** | | | **$1,762.81** | 7,463.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -256.42 | 1,053.19 |
| | Social Security Tax | -109.30 | 462.71 |
| | Medicare Tax | -25.56 | 108.21 |
| | CA State Income Tax | -45.76 | 156.61 |
| | CA SUI/SDI Tax | -10.58 | 44.78 |
| | **Other** | | |
| | Check1 | -1,065.19 | |
| | 401K | -250.00* | 1,250.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,512.81

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 26.08 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 02/25 | NO PUNCHES | | | | |
| Mon | 02/26 | 7:31am | 1:41pm | 2:08pm | 6:02pm | 10:04 |
| Tue | 02/27 | 7:26am | 1:04pm | 1:34pm | 6:01pm | 10:05 |
| Wed | 02/28 | NO PUNCHES | | | | |
| Thr | 03/01 | 7:24am | 12:04pm | 12:33pm | 5:58pm | 10:05 |
| Fri | 03/02 | 7:21am | 3:21pm | | | 8:00 |
| Sat | 03/03 | NO PUNCHES | | | | |
| Sun | 03/04 | NO PUNCHES | | | | |
| Mon | 03/05 | 7:30am | 12:52pm | 1:19pm | 5:44pm | 9:47 |
| Tue | 03/06 | 7:20am | 1:15pm | 1:47pm | 6:08pm | 10:16 |
| Wed | 03/07 | NO PUNCHES | | | | |
| Thr | 03/08 | 7:28am | 12:54pm | 1:19pm | 6:11pm | 10:18 |
| Fri | 03/09 | 7:09am | 1:05pm | 1:25pm | 4:01pm | 8:32 |
| Sat | 03/10 | NO PUNCHES | | | | |

THIS DOCUMENT AUTHENTICITY : COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:      00000110047
Pay date:           03/15/2007

Deposited to the account of
WENDY WESTCOTT

account number    transit ABA      amount
                                   $1,065.19

THIS IS NOT A CHECK

## NON-NEGOTIABLE

CO,    FILE    DEPT.   CLOCK  VCHR. NO.   075
5QL   000229 000350          0000130044   1

**Earnings Statement**

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| Period Beginning: | 03/10/2007 |
| Period Ending: | 03/26/2007 |
| Pay Date: | 03/30/2007 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        0,$50 Additional Tax
CA:             0

**WENDY WESTCOTT**
**5 DORIS AVENUE**
**NOVATO, CA 94947**

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 84.43 | 1,919.94 | 8,626.42 |
| Overtime | 34.1100 | .98 | 33.43 | 107.79 |
| Hol | | | | 454.80 |
| Pto | | | | 227.40 |
| **Gross Pay** | | | **$1,953.37** | 9,416.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -241.56 | 1,294.75 |
| | Social Security Tax | -121.11 | 583.82 |
| | Medicare Tax | -28.33 | 136.54 |
| | CA State Income Tax | -42.20 | 198.81 |
| | CA SUI/SDI Tax | -11.72 | 56.50 |
| | Other | | |
| | Check1 | -1,008.45 | |
| | 401K | -500.00* | 1,750.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,453.37

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 31.33 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 03/11 | NO PUNCHES | | | | |
| Mon | 03/12 | 7:27am | 12:09pm | 12:38pm | 4:58pm | 9:00 |
| Tue | 03/13 | 7:21am | 1:10pm | 1:31pm | 6:34pm | 10:52 |
| Wed | 03/14 | NO PUNCHES | | | | |
| Thr | 03/15 | 7:30am | 1:37pm | 2:07pm | 6:02pm | 10:02 |
| Fri | 03/16 | 7:41am | 12:03pm | 12:30pm | 4:14pm | 8:06 |
| Sat | 03/17 | NO PUNCHES | | | | |
| Sun | 03/18 | NO PUNCHES | | | | |
| Mon | 03/19 | 7:37am | 12:44pm | 1:11pm | 5:59pm | 9:55 |
| Tue | 03/20 | 7:31am | 12:56pm | 1:22pm | 6:02pm | 10:05 |
| Wed | 03/21 | NO PUNCHES | | | | |
| Thr | 03/22 | 7:32am | 1:12pm | 1:44pm | 6:01pm | 9:57 |
| Fri | 03/23 | 7:36am | 3:16pm | | | 7:40 |
| Sat | 03/24 | NO PUNCHES | | | | |
| Sun | 03/25 | NO PUNCHES | | | | |
| Mon | 03/26 | 7:35am | 1:07pm | 1:43pm | 5:59pm | 9:48 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:       00000130044
Pay date:            03/30/2007

Deposited to the account of
WENDY WESTCOTT

account number    transit ABA            amount
                                         $1,008.45

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

SQL 000229 000350        0000150044 1

Earnings Statement

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Period Beginning: | 03/27/2007 |
| Period Ending: | 04/09/2007 |
| Pay Date: | 04/13/2007 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:       0,$50 Additional Tax
CA:            0

WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 73.72 | 1,676.39 | 10,302.81 |
| Overtime | 34.1100 | .03 | 1.02 | 108.81 |
| Hol | | | | 454.80 |
| Pto | | | | 227.40 |
| **Gross Pay** | | | **$1,677.41** | 11,093.82 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -194.50 | 1,489.25 |
| | Social Security Tax | -104.00 | 687.82 |
| | Medicare Tax | -24.32 | 160.86 |
| | CA State Income Tax | -25.64 | 224.45 |
| | CA SUI/SDI Tax | -10.06 | 66.56 |
| | Other | | |
| | Check1 | -818.89 | |
| | 401K | -500.00* | 2,250.00 |
| | **Net Pay** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | | 35.87 |

**Time Card Detail**

| | DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 03/27 | 7:39am | 1:01pm | 1:30pm | 5:48pm | 9:40 |
| Wed | 03/28 | NO PUNCHES | | | | |
| Thr | 03/29 | 7:37am | 1:08pm | 1:37pm | 6:00pm | 9:54 |
| Fri | 03/30 | 6:42am | 1:05pm | 1:37pm | 3:21pm | 8:07 |
| Sat | 03/31 | NO PUNCHES | | | | |
| Sun | 04/01 | NO PUNCHES | | | | |
| Mon | 04/02 | 7:26am | 1:07pm | 1:43pm | 3:54pm | 7:52 |
| Tue | 04/03 | 7:15am | 1:02pm | 1:41pm | 4:29pm | 8:35 |
| Wed | 04/04 | NO PUNCHES | | | | |
| Thr | 04/05 | 7:32am | 1:01pm | 1:38pm | 6:04pm | 9:55 |
| Fri | 04/06 | 7:27am | 5:29pm | | | 10:02 |
| Sat | 04/07 | NO PUNCHES | | | | |
| Sun | 04/08 | NO PUNCHES | | | | |
| Mon | 04/09 | 7:10am | 1:20pm | 1:54pm | 5:24pm | 9:40 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,177.41

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Advice number: | 00000150044 |
| Pay date: | 04/13/2007 |

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $818.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 3:08-cv-01887-JSW    Document 1

5QL   000229 000350          0000170046-1


# Earnings Statement



CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| Period Beginning: | 04/10/2007 |
|---|---|
| Period Ending: | 04/25/2007 |
| Pay Date: | 05/01/2007 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0,$50 Additional Tax
CA:             0

00000000046
WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 74.88 | 1,702.77 | 12,005.58 |
| Overtime | 34.1100 | .23 | 7.85 | 116.66 |
| Pto | 22.7400 | 10.00 | 227.40 | 454.80 |
| Hol | | | | 454.80 |
| **Gross Pay** | | | **$1,938.02** | 13,031.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -237.73 | 1,726.98 |
| | Social Security Tax | -120.15 | 807.97 |
| | Medicare Tax | -28.10 | 188.96 |
| | CA State Income Tax | -41.28 | 265.73 |
| | CA SUI/SDI Tax | -11.63 | 78.19 |
| | Other | | |
| | Check1 | -999.13 | |
| | 401K | -500.00* | 2,750.00 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 31.10 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 04/10 | 7:44am | 1:21pm | 1:47pm | 6:00pm | 9:50 |
| Wed | 04/11 | NO PUNCHES | | | | |
| Thr | 04/12 | 7:38am | 1:33pm | 1:53pm | 6:00pm | 10:02 |
| Fri | 04/13 | 7:13am | 1:16pm | 1:39pm | 4:16pm | 8:40 |
| Sat | 04/14 | NO PUNCHES | | | | |
| Sun | 04/15 | NO PUNCHES | | | | |
| Mon | 04/16 | 7:38am | 1:03pm | 1:22pm | 6:00pm | 10:03 |
| Tue | 04/17 | 7:20am | 1:30pm | 2:08pm | 6:07pm | 10:09 |
| Wed | 04/18 | NO PUNCHES | | | | |
| Thr | 04/19 | 7:33am | 1:11pm | 1:46pm | 6:00pm | 9:52 |
| Fri | 04/20 | 7:08am | 2:08pm | | | 7:00 |
| Sat | 04/21 | NO PUNCHES | | | | |
| Sun | 04/22 | NO PUNCHES | | | | |
| Mon | 04/23 | 7:21am | 1:17pm | 1:53pm | 5:28pm | 9:31 |
| Tue | 04/24 | NO PUNCHES | | | | |
| Wed | 04/25 | NO PUNCHES | | | | |

* Excluded from faderal taxable wages

Your federal taxable wages this period are
$1,438.02

VERIFY DOCUMENT AUTHENTICITY – COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:      00000170046
Pay date:           05/01/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WENDY WESTCOTT | | | $999.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, Inc

CO    FILE   DEPT.   CLOCK   VCHR. NO.   075
SQL   000229 000350          0000220047  1

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 05/10/2007 |
| Period Ending: | 05/26/2007 |
| Pay Date: | 06/01/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:      0,$50 Additional Tax
CA:           0

00000000047
WENDY  WESTCOTT
5  DORIS  AVENUE
NOVATO, CA 94947

Social Security Number: XXX-XX-0871

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 88.10 | 2,003.39 | 14,190.89 |
| Overtime | 34.1100 | .30 | 10.23 | 195.11 |
| Retro | | | -22.74 | -22.74 |
| Hol | | | | 454.80 |
| Pto | | | | 1,137.00 |
| **Gross Pay** | | | **$1,990.88** | 15,955.06 |

### Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -250.94 | 2,060.66 |
| Social Security Tax | -123.43 | 989.21 |
| Medicare Tax | -28.87 | 231.35 |
| CA State Income Tax | -44.45 | 313.22 |
| CA SUI/SDI Tax | -11.94 | 95.73 |
| **Other** | | |
| Check1 | -1,031.25 | |
| 401K | -500.00* | 3,750.00 |
| **Net Pay** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pto | | 9.00 |

**Time Card Detail**

| | DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Thu | 05/10 | 7:32AM | 1:18PM | 1:44PM | 3:54PM | 7.90 |
| Fri | 05/11 | 7:30AM | 12:35PM | 1:05PM | 6:05PM | 10.10 |
| Mon | 05/14 | 7:30AM | 1:00PM | 1:28PM | 6:07PM | 10.10 |
| Tue | 05/15 | 7:25AM | 1:27PM | 2:05PM | 6:08PM | 10.10 |
| Thu | 05/17 | 7:33AM | 2:09PM | 2:39PM | 6:02PM | 10.00 |
| Mon | 05/21 | 7:29AM | 1:30PM | 2:04PM | 6:00PM | 9.90 |
| Tue | 05/22 | 7:08AM | 1:30PM | 2:00PM | 5:21PM | 9.80 |
| Wed | 05/23 | 7:00AM | 2:30PM | | | 7.50 |
| Thu | 05/24 | 7:36AM | 1:45PM | 2:14PM | 6:00PM | 9.90 |
| Fri | 05/25 | 1:59PM | 5:06PM | | | 3.10 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,490.88

© 2000 ADP, Inc.

THE DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Advice number: | 00000220047 |
| Pay date: | 06/01/2007 |

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $1,031.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO.   FILE   DEPT   CLOCK  VCHR. NO.   075
SQL   000229 000350           0000240045   1

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

## Earnings Statement



| Period Beginning: | 05/27/2007 |
| Period Ending: | 06/09/2007 |
| Pay Date: | 06/15/2007 |

00000000045
**WENDY WESTCOTT**
**5 DORIS AVENUE**
**NOVATO, CA 94947**

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0,$50 Additional Tax
CA:             0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 22.7400 | 67.30 | 1,530.40 | 15,721.29 |
| Overtime | 34.1100 | 1.30 | 44.34 | 239.45 |
| Hol | 22.7400 | 10.00 | 227.40 | 682.20 |
| Pto | | | | 1,137.00 |
| Retro | | | | -22.74 |
| **Gross Pay** | | | **$1,802.14** | 17,757.20 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -213.21 | 2,273.87 |
| | Social Security Tax | -111.74 | 1,100.95 |
| | Medicare Tax | -26.13 | 257.48 |
| | CA State Income Tax | -33.12 | 346.34 |
| | CA SUI/SDI Tax | -10.81 | 106.54 |
| | **Other** | | |
| | Check1 | -907.13 | |
| | 401K | -500.00* | 4,250.00 |
| | **Net Pay** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|-------------|---------------|
| Pto | | 13.83 |

#### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|------|-----|-----|-----|-----|-------|
| Mon 05/28 | HOLDAY | | | | 10.00 |
| Tue 05/29 | 7:24AM | 1:06PM | 1:38PM | 4:45PM | 8.90 |
| Thu 05/31 | 7:22AM | 1:12PM | 1:42PM | 6:20PM | 10.40 |
| Mon 06/04 | 7:28AM | 1:06PM | 1:45PM | 5:50PM | 9.60 |
| Tue 06/05 | 7:15AM | 1:18PM | 1:50PM | 5:54PM | 10.10 |
| Thu 06/07 | 7:23AM | 6:05PM | | | 10.70 |
| Fri 06/08 | 7:28AM | 5:35PM | | | 10.10 |
| Mon 06/11 | 7:27AM | 1:00PM | 1:30PM | 4:50PM | 8.80 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,302.14

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| Advice number: | 00000240045 |
| Pay date: | 06/15/2007 |

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| WENDY WESTCOTT | | | $907.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO.  FILE  DEPT.  CLOCK  VCHR NO.  076
501.  000229 000350          0000260046  1

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

# Earnings Statement



| Period Beginning: | 06/10/2007 |
| Period Ending: | 06/25/2007 |
| Pay Date: | 06/29/2007 |

00000000046
WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0,$50 Additional Tax
   CA:  0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.7400 | 74.60 | 1,696.40 | 17,417.69 |
| Overtime | 34.1100 | 1.10 | 37.52 | 276.97 |
| Hol | | | | 682.20 |
| Pto | | | | 1,137.00 |
| Retro | | | | -22.74 |
| Gross Pay | | | $1,733.92 | 19,491.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -202.97 | 2,476.84 |
| | Social Security Tax | -107.50 | 1,208.45 |
| | Medicare Tax | -25.14 | 282.62 |
| | CA State Income Tax | -29.03 | 375.37 |
| | CA SUI/SDI Tax | -10.41 | 116.95 |
| | Other | | |
| | Check1 | -858.87 | |
| | 401K | -500.00* | 4,750.00 |
| | Net Pay | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,233.92

| Other Benefits and Information | | this period | total to date |
|---|---|---|---|
| Pto | | | 18.49 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Tue 06/12 | 7:21AM | 12:45PM | 1:15PM | 6:00PM | 10.10 |
| Wed 06/13 | 7:30AM | 1:00PM | 1:30PM | 6:00PM | 10.00 |
| Thu 06/14 | 7:39AM | 1:00PM | 1:30PM | 8:00PM | 9.80 |
| Mon 06/18 | 7:30AM | 12:40PM | 1:09PM | 6:08PM | 10.10 |
| Tue 06/19 | 7:29AM | 12:41PM | 1:10PM | 6:50PM | 10.60 |
| Thu 06/21 | 7:30AM | 12:35PM | 1:02PM | 5:42PM | 9.70 |
| Fri 06/22 | 12:26PM | 5:29PM | | | 5.10 |
| Mon 06/25 | 7:30AM | 1:10PM | 1:40PM | 6:04PM | 10.10 |

© 2000 ADP, Inc

WENDY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:  00000260046
Pay date:  06/29/2007

Deposited to the account of
WENDY WESTCOTT

account number    transit ABA    amount
$858.87

THIS IS NOT A CHECK

# NON-NEGOTIABLE

SQL 000229 000350                     MGR: CLOCK VCHR NO. 075
00008100481

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 07/10/2007 |
| Period Ending: | 07/26/2007 |
| Pay Date: | 08/01/2007 |

00000000048
WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        0,$50 Additional Tax
CA:             0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0600 | 98.00 | 2,259.88 | 21,039.70 |
| Overtime | 34.5900 | .30 | 10.38 | 300.99 |
| Retro | | | | -19.34 |
| Hol | | | 3.40 | 909.60 |
| Pto | | | | 1,137.00 |
| **Gross Pay** | | | **$2,273.66** | **23,367.95** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -321.64 | 2,981.84 |
| | Social Security Tax | -140.96 | 1,448.81 |
| | Medicare Tax | -32.97 | 338.84 |
| | CA State Income Tax | -65.39 | 463.35 |
| | CA SUI/SDI Tax | -13.64 | 140.21 |
| | **Other** | | |
| | Check1 | -1,199.06 | |
| | 401K | -500.00* | 5,750.00 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 28.86 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 22.7400 TO 23.0600.

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 07/10 | 7:27AM | 1:00PM | 1:35PM | 6:01PM | 9.90 |
| Thu | 07/12 | 7:30AM | 1:19PM | 1:49PM | 6:17PM | 10.30 |
| Fri | 07/13 | 7:31AM | 1:28PM | 2:01PM | 6:00PM | 10.00 |
| Mon | 07/16 | 7:40AM | 2:12PM | 2:42PM | 6:00PM | 9.30 |
| Tue | 07/17 | 7:22AM | 2:05PM | 2:40PM | 6:00PM | 10.00 |
| Thu | 07/19 | 7:27AM | 2:00PM | 2:35PM | 6:00PM | 9.40 |
| Fri | 07/20 | 7:29AM | 1:05PM | 1:46PM | 6:01PM | 9.60 |
| Mon | 07/23 | 7:27AM | 12:45PM | 1:18PM | 6:00PM | 10.00 |
| Tue | 07/24 | 7:36AM | 12:30PM | 12:55PM | 6:00PM | 9.90 |
| Thu | 07/26 | 7:39AM | 1:00PM | 1:36PM | 6:00PM | 9.70 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,773.66

THIS DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:        00000310048
Pay date:             08/01/2007

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $1,199.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, Inc.

```
CO.   FILE   DEPT.   CLOCK   VCHR. NO.   075
5QL   000229 000350           0000330046   1
```

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 07/27/2007 |
| Period Ending: | 08/09/2007 |
| Pay Date: | 08/15/2007 |

00000000046
**WENDY  WESTCOTT**
**5  DORIS  AVENUE**
**NOVATO,  CA  94947**

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:       0,$50 Additional Tax
  CA:            0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0600 | 84.30 | 1,943.96 | 22,983.66 |
| Overtime | 34.5900 | .30 | 10.38 | 311.37 |
| Hol | | | | 909.60 |
| Pto | | | | 1,137.00 |
| Retro | | | | -19.34 |
| **Gross Pay** | | | **$1,954.34** | 25,322.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -241.80 | 3,223.64 |
| | Social Security Tax | -121.17 | 1,569.98 |
| | Medicare Tax | -28.33 | 367.17 |
| | CA State Income Tax | -42.26 | 505.61 |
| | CA SUI/SDI Tax | -11.72 | 151.93 |
| | **Other** | | |
| | Check1 | -1,009.06 | |
| | 401K | -500.00* | 6,250.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,454.34

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 34.06 |

### Time Card Detail

| | DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 07/27 | 7:30AM | 1:09PM | 1:39PM | 6:00PM | 10.00 |
| Sat | 07/28 | 12:00AM | 1:06AM | | | 1.10 |
| Mon | 07/30 | 7:27AM | 1:22PM | 1:52PM | 6:01PM | 10.00 |
| Tue | 07/31 | 7:25AM | 1:31PM | 2:05PM | 6:01PM | 10.00 |
| Thu | 08/02 | 7:25AM | 12:26PM | 1:04PM | 6:12PM | 10.20 |
| Fri | 08/03 | 7:30AM | 12:37PM | 1:07PM | 6:05PM | 10.10 |
| Mon | 08/06 | 7:29AM | 2:54PM | | | 7.40 |
| Tue | 08/07 | 7:21AM | 1:05PM | 1:49PM | 6:03PM | 10.00 |
| Wed | 08/08 | 6:26AM | 12:21PM | | | 6.00 |
| Thu | 08/09 | 7:31AM | 12:29PM | 1:59PM | 6:45PM | 9.80 |

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Advice number: | 00000330046 |
| Pay date: | 08/15/2007 |

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $1,009.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO  FILE  DEPT.  CLOCK  VCHR. NO.  075
5QL  060229 000350          000D350043  1

# Earnings Statement

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| Period Beginning: | 08/10/2007 |
|---|---|
| Period Ending: | 08/26/2007 |
| Pay Date: | 08/31/2007 |

00000000043
WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        0, $50 Additional Tax
CA:               0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0600 | 99.60 | 2,296.78 | 25,280.44 |
| Overtime | 34.5900 | 4.40 | 152.20 | 463.57 |
| Hol | | | | 909.60 |
| Pto | | | | 1,137.00 |
| Retro | | | | -19.34 |
| Gross Pay | | | $2,448.98 | 27,771.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -365.47 | 3,589.11 |
| | Social Security Tax | -151.94 | 1,721.82 |
| | Medicare Tax | -35.51 | 402.68 |
| | CA State Income Tax | -79.42 | 585.03 |
| | CA SUI/SDI Tax | -14.70 | 166.63 |
| | Other | | |
| | Check1 | -1,302.04 | |
| | 401K | -500.00* | 6,750.00 |
| | Net Pay | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 40.46 |

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Fri 08/10 | 7:39AM | 12:36PM | 12:57PM | 5:57PM | 9.80 |
| Mon 08/13 | 7:33AM | 12:41PM | 1:08PM | 6:00PM | 10:00 |
| Tue 08/14 | 7:24AM | 12:40PM | 1:10PM | 6:12PM | 10.30 |
| Wed 08/15 | 2:39PM | 6:06PM | | | 3.40 |
| Thu 08/16 | 7:29AM | 12:30PM | 1:05PM | 6:08PM | 10.00 |
| Fri 08/17 | 7:36AM | 1:13PM | 1:42PM | 6:00PM | 9.80 |
| Mon 08/20 | 7:32AM | 12:52PM | 1:30PM | 6:00PM | 9.90 |
| Tue 08/21 | 7:20AM | 12:51PM | 1:21PM | 6:01PM | 10.20 |
| Thu 08/23 | 7:28AM | 1:08PM | 1:38PM | 6:13PM | 10.20 |
| Fri 08/24 | 7:30AM | 1:48PM | 2:12PM | 5:52PM | 10.00 |
| Mon 08/27 | 7:23AM | 12:41PM | 1:11PM | 6:13PM | 10.30 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,948.98

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:        00000350043
Pay date:                 08/31/2007

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $1,302.04 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 075 |
| 601 | 000229 | 000350 | | 0000370070 | 1 |

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

# Earnings Statement



Period Beginning:   08/27/2007
Period Ending:      09/09/2007
Pay Date:           09/14/2007

00000000070
**WENDY WESTCOTT**
**5 DORIS AVENUE**
**NOVATO, CA 94947**

Taxable Marital Status:   Single
Exemptions/Allowances:
　Federal.   0,$50 Additional Tax
　CA:        0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0600 | 68.90 | 1,588.83 | 26,869.27 |
| Overtime | 34.5900 | .10 | 3.46 | 467.03 |
| Hol | 23.0600 | 10.00 | 230.60 | 1,140.20 |
| Pto | | | | 1,137.00 |
| Retro | | | | -19.34 |
| **Gross Pay** | | | **$1,822.89** | 29,594.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -216.32 | 3,805.43 |
| | Social Security Tax | -113.02 | 1,834.84 |
| | Medicare Tax | -26.44 | 429.12 |
| | CA State Income Tax | -34.37 | 619.40 |
| | CA SUI/SDI Tax | -10.93 | 177.56 |
| | Other | | |
| | Check1 | -921.81 | |
| | 401K | -500.00* | 7,250.00 |
| | **Net Pay** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,322.89

| Other Benefits and Information | | this period | total to date |
|---|---|---|---|
| Pto | | | 45.32 |

**Time Card Detail**

| | DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 08/28 | 7:36AM | 12:59PM | 1:36PM | 6:00PM | 9.80 |
| Wed | 08/29 | OFF | | | | 8.00 |
| Thu | 08/30 | 7:30AM | 12:47PM | 1:29PM | 5:58PM | 9.80 |
| Fri | 08/31 | 7:31AM | 12:57PM | 1:27PM | 5:39PM | 9.70 |
| Mon | 09/03 | HOLDAY | | | | 10.00 |
| Tue | 09/04 | 7:35AM | 12:45PM | 1:12PM | 6:01PM | 9.90 |
| Wed | 09/05 | OFF | | | | 8.00 |
| Thu | 09/06 | 7:40AM | 12:22PM | 12:47PM | 6:00PM | 9.80 |
| Fri | 09/07 | 7:29AM | 1:04PM | 1:34PM | 6:07PM | 10.10 |
| Mon | 09/10 | 7:39AM | 1:04PM | 1:34PM | 6:04PM | 9.90 |

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:        00000370070
Pay date:             09/14/2007

THIS IS NOT A CHECK

Deposited to the account of        account number    transit ABA        amount
WENDY WESTCOTT                                                          $921.81

**NON-NEGOTIABLE**

# Earnings Statement



CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Period Beginning: | 08/27/2007 |
| Period Ending: | 09/09/2007 |
| Pay Date: | 09/14/2007 |

00000000071
WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:     0,$50 Additional Tax
CA:          0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 398.76 | 398.76 |
| Regular | | | | 26,869.27 |
| Overtime | | | | 467.03 |
| Hol | | | | 1,140.20 |
| Pto | | | | 1,137.00 |
| Retro | | | | -19.34 |
| **Gross Pay** | | | **$398.76** | 29,992.92 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 45.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.69 | 3,905.12 |
| | Social Security Tax | -24.72 | 1,859.56 |
| | Medicare Tax | -5.78 | 434.90 |
| | CA State Income Tax | -37.08 | 656.48 |
| | CA SUI/SDI Tax | -2.40 | 179.96 |
| | **Other** | | |
| | Check1 | -229.09 | |
| | 401K | | 7,250.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $398.76

THIS DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

Advice number:    00000370071
Pay date:         09/14/2007

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $229.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

DEPT. CLOCK VCHR. NO. 079
SOL 000229 000350    0000410040 1

**Earnings Statement**

**ADP**

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Period Beginning: | 09/26/2007 |
| Period Ending: | 10/09/2007 |
| Pay Date: | 10/15/2007 |

00000000040
WENDY WESTCOTT
5 DORIS AVENUE
NOVATO, CA 94947

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:    0,$50 Additional Tax
CA          0

Social Security Number: XXX-XX-0871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0600 | 54.80 | 1,263.69 | 29,961.82 |
| Overtime | 34.5900 | .10 | 3.46 | 518.92 |
| Pto | 23.0600 | 10.00 | 230.60 | 1,367.60 |
| Bonus | | | | 398.78 |
| Hol | | | | |
| Retro | | | | |
| **Gross Pay** | | | **$1,497.75** | 33,367.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 44.27 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Wed | 09/26 | 7:26AM | 12:39PM | 1:12PM | 1:44PM | 5.60 |
| Thu | 09/27 | 7:37AM | 12:34PM | 1:05PM | 6:00PM | 9.90 |
| Mon | 10/01 | 7:42AM | 12:30PM | 1:04PM | 6:04PM | 9.80 |
| Tue | 10/02 | 8:14AM | 6:01PM | | | 9.80 |
| Thu | 10/04 | 7:23AM | 12:32PM | 12:56PM | 5:56PM | 10.10 |
| Mon | 10/08 | PTO | | | | 10.00 |
| Tue | 10/09 | 7:38AM | 1:14PM | 1:51PM | 5:45PM | 9.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.55 | 4,297.12 |
| | Social Security Tax | -92.86 | 2,068.80 |
| | Medicare Tax | -21.71 | 483.83 |
| | CA State Income Tax | -18.38 | 712.48 |
| | CA SUI/SDI Tax | -8.99 | 200.21 |
| | **Other** | | |
| | Check1 | -688.26 | |
| | 401K | -500.00* | 8,250.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $997.75

RIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARDIOLOGY ASSOCIATES OF MARIN & SF
2 BON AIR ROAD #100
LARKSPUR, CA 94939

| | |
|---|---|
| Advice number: | 00000410040 |
| Pay date: | 10/15/2007 |

Deposited to the account of
WENDY WESTCOTT

| account number | transit ABA | amount |
|---|---|---|
| | | $688.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**