Wendy L. Wyse (SBN 068284)
Hank Edson (SBN 233016)
KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: (415) 456-4000
Facsimile: (415) 456-1921

Attorneys for defendants
Cardiovascular Associates of Marin
  and San Francisco Medical Group, Inc.
and Joel Sklar, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD,<br><br>  Defendants. | No. CV-08-1887-EMC<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their attorneys, to extend the time within which defendants Cardiovascular Associates of Marin and San Francisco Medical Group, Inc. and Joel Sklar, M.D. answer or otherwise respond to the complaint in this action from May 19, 2008, to June 9, 2008. This change will not alter the date of any event or deadline already fixed by court order.

///

///

///

///

Case No. CV-08-1887-EMC                                                   1
**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

1 | HARRIS & RUBLE

3 | Dated: May 17, 2008          by    /s/ Alan Harris _____
                                    Alan Harris
4 | Attorneys for plaintiff
   | Wendy Westcott, individually and on behalf of all others
5 | similarly situated

6 | KEEGIN HARRISON SCHOPPERT
   |   SMITH & KARNER LLP

8 | Dated: May 19, 2008          by    /s/ Wendy L. Wyse _____
                                    Wendy L. Wyse
9 | Attorneys for defendants
   | Cardiovascular Associates of Marin and San Francisco
10 | Medical Group, Inc. and Joel Sklar, M.D.

Case No. CV-08-1887-EMC                         2
**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**