Wendy L. Wyse (SBN 068284)
KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California  94901
Telephone:  (415) 456-4000
Facsimile:   (415) 456-1921

Attorneys for defendants
Cardiovascular Associates of Marin
  and San Francisco Medical Group, Inc.
and Joel Sklar, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WENDY WESTCOTT, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD, <br><br>Defendants. | No.  CV-08-1887-EMC <br><br>**CORPORATE PARTY DISCLOSURE** <br>**[Fed. R. Civ. Proc. 7.1]** <br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br>**[Civ. L.R. 3-16]** |
|---|---|

    Pursuant to Federal Rule of Civil Procedure 7.1, defendants Cardiology Associates of Marin and San Francisco Medical Group, Inc. and Cardiovascular Associates of Marin and San Francisco Medical Group, Inc. ("Defendants") hereby disclose that no parent corporation or publicly-held corporation owns 10% or more of the stock of Defendants.

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or a party that could be substantially affected by the outcome of this

proceeding:

        James R. Adams, M.D.
        Margaret L. Baer, M.D.
        Kent N. Gershengorn, M.D.
        Steven Hao, M.D.
        Rick Hongo, M.D.
        Brian Keeffe, M.D.
        Laura Kim Pak, M.D.
        Joel Sklar, M.D.
        David C. Sperling, M.D.
        Robert T. Sperling, M.D.
        Brian L. Strunk, M.D.
        Mark P. Wexman, M.D.
        Jerald A. Young, M.D.

    All of the foregoing have a stock ownership interest in Cardiovascular Associates of Marin and San Francisco Medical Group, Inc. and are directors thereof.

Dated: May 19, 2008

                          KEEGIN HARRISON SCHOPPERT
                           SMITH & KARNER LLP


                         By   /s/ Wendy L. Wyse _____
                           Wendy L. Wyse
                       Attorneys for Defendants
                       Cardiovascular Associates of Marin and San Francisco
                       Medical Group, Inc. and Joel Sklar, M,D.

Case No. CV-08-1887-EMC            2
**CORPORATE PARTY DISCLOSURE; CERTIFICATION OF INTERESTED ENTITIES OR PERSON**