Wendy L. Wyse (SBN 068284)
J. Hank Edson (SBN 233016)
KEEGIN HARRISON SCHOPPERT
   SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: (415) 456-4000
Facsimile: (415) 456-1921

Attorneys for defendants
Cardiovascular Associates of Marin
  and San Francisco Medical Group, Inc.
and Joel Sklar, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; et al.,<br><br>Defendants. | No. CV-08-1887-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATE DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: May 28, 2008

KEEGIN HARRISON SCHOPPERT
SMITH & KARNER LLP

by _____
Wendy L. Wyse
Attorneys for Defendants
Cardiovascular Associates of Marin and San Francisco
Medical Group, Inc. and Joel Sklar, M.D.

Case No. CV-08-1887-EMC
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**