
Case 3:08-cv-01887-JSW    Document 11    Filed 08/11/2008    Page 1 of 2

1 | Wendy L. Wyse (SBN 068284)
  | J. Hank Edson (SBN 233016)
2 | KEEGIN HARRISON SCHOPPERT
  |    SMITH & KARNER LLP
3 | 1000 Fourth Street, Suite 600
  | San Rafael, California 94901
4 | Telephone: (415) 456-4000
  | Facsimile:  (415) 456-1921
5 |
6 | Attorneys for defendants
  | Cardiovascular Associates of Marin
  |    and San Francisco Medical Group, Inc.
7 | and Joel Sklar, M.D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD,<br><br>Defendants. | No. CV-08-1887-JSW<br><br>**STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE FROM AUGUST 29, 2008 TO SEPTEMBER 26. 2008** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their attorneys, that the parties hereto request this court to change the date of the initial Case Management Conference in this action from August 29, 2008, to September 26, 2008. This change of date is requested to accommodate the schedule of Wendy L. Wyse, attorney for defendants in this action.

///
///
///
///


Case No. CV-08-1887-JSW                           1
STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE
FROM AUGUST 29, 2008 TO SEPTEMBER 26. 2008

1  HARRIS & RUBLE

2

3  Dated: August 11, 2008   by  /s/ Alan Harris
                                  Alan Harris
4                                 Attorneys for plaintiff
                                  Wendy Westcott, individually and on behalf of all others
5                                 similarly situated

6  KEEGIN HARRISON SCHOPPERT
     SMITH & KARNER LLP

7

8  Dated: August 11, 2008   by  /s/ Wendy L. Wyse
                                  Wendy L. Wyse
9                                 Attorneys for defendants
                                  Cardiovascular Associates of Marin and San Francisco
10                                Medical Group, Inc. and Joel Sklar, M.D.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-1887-JSW                    2
**STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE
FROM AUGUST 29, 2008 TO SEPTEMBER 26. 2008**