Wendy L. Wyse (SBN 068284)
J. Hank Edson (SBN 233016)
KEEGIN HARRISON SCHOPPERT
   SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: (415) 456-4000
Facsimile:  (415) 456-1921

Attorneys for defendants
Cardiovascular Associates of Marin
  and San Francisco Medical Group, Inc.
and Joel Sklar, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD,<br><br>Defendants. | No. CV-08-1887-JSW<br><br>**STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE FROM AUGUST 29, 2008 TO SEPTEMBER 26. 2008**<br><br>**AND ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their attorneys, that the parties hereto request this court to change the date of the initial Case Management Conference in this action from August 29, 2008, to September 26, 2008. This change of date is requested to accommodate the schedule of Wendy L. Wyse, attorney for defendants in this action.

///

///

///

///

Case No. CV-08-1887-JSW                                                1
STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE
FROM AUGUST 29, 2008 TO SEPTEMBER 26. 2008

HARRIS & RUBLE

Dated: August 11, 2008      by   /s/ Alan Harris
                                 Alan Harris
                            Attorneys for plaintiff
                            Wendy Westcott, individually and on behalf of all others similarly situated

KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP

Dated: August 11, 2008      by   /s/ Wendy L. Wyse
                                 Wendy L. Wyse
                            Attorneys for defendants
                            Cardiovascular Associates of Marin and San Francisco Medical Group, Inc. and Joel Sklar, M.D.

IT IS SO ORDERED
/s/ Jeffrey S. White
Judge Jeffrey S. White

Dated: August 12, 2008