Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff
WENDY WESTCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC., CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC., and JOEL SKLAR, MD,<br><br>Defendants. | Case No. CV-08-1887 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS BY STIPULATION OR MOTION** |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS

The parties hereby jointly stipulate as follows:

WHEREAS on September 26, 2008, the parties appeared at the Initial Case Management Conference before the Honorable Jeffrey S. White;

WHEREAS it was ordered at the Case Management Conference, as memorialized in the Civil Minute Order entered on September 29, 2008, that the pleadings in the instant action must be amended by stipulation or motion on or before November 11, 2008;

WHEREAS in order to allow the parties additional time to determine whether it will be necessary to amend the pleadings, the parties jointly stipulate and respectfully request that the deadline to amend the pleadings be extended thirty (30) days up through and including December 11, 2008.

**IT IS SO STIPULATED.**

DATED: November 6, 2008        Keegin Harrison Schoppert Smith & Karner LLP

/s/
Wendy Wyse
*Attorneys for Defendants.*

DATED: November 6, 2008        Harris & Ruble

/s/
Alan Harris
*Attorney for Plaintiff Wendy Westcott*

**IT IS SO ORDERED.**

DATED: November 7, 2008

Honorable Jeffrey S. White
*United States District Judge*

2
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS