1  Alan Harris (SBN 146079)
   David Zelenski (SBN 231768)
2  HARRIS & RUBLE
   5455 Wilshire Boulevard, Suite 1800
3  Los Angeles, CA 90036
   Telephone: (323) 931-3777
4  Facsimile: (323) 931-3366

5  Attorneys for Plaintiff
   WENDY WESTCOTT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC., CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC., and JOEL SKLAR, MD,<br><br>Defendants. | Case No. CV-08-1887 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS BY STIPULATION OR MOTION** |

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS

The parties hereby jointly stipulate as follows:

WHEREAS, on November 6, 2008, the parties entered into and filed a Joint Stipulation to extend the deadline to amend the pleadings by stipulation or motion;

WHEREAS, on November 7, 2008, the Honorable Jeffrey S. White entered an Order extending until December 11, 2008, the deadline to amend the pleadings by stipulation or motion;

WHEREAS, over the past thirty days the parties have engaged in informal discovery, including the exchange of information and documents relevant to the prospective amended pleadings. The parties have determined, however, that they need additional time in order to complete the informal exchange of information, which will allow the parties to assess whether it will be necessary to amend the pleadings and add additional causes of action;

WHEREAS, in order to allow the parties the necessary time to determine and assess whether it will be necessary to amend the pleadings, the parties hereby jointly stipulate and respectfully request that the deadline to amend the pleadings be extended an additional thirty (30) days up through and including January 9, 2009.

**IT IS SO STIPULATED.**

DATED: December 4, 2008          Keegin Harrison Schoppert Smith & Karner LLP

                                 /s/
                                 Wendy Wyse
                                 *Attorneys for Defendants.*

DATED: December 4, 2008          Harris & Ruble

                                 /s/
                                 Alan Harris
                                 David Zelenski
                                 *Attorneys for Plaintiff Wendy Westcott*

**IT IS SO ORDERED.**

DATED: December 5, 2008          _____
                                 Honorable Jeffrey S. White
                                 *United States District Judge*