Wendy L. Wyse (SBN 068284)
Hank Edson (SBN 233016)
KEEGIN HARRISON SCHOPPERT
   SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: (415) 456-4000
Facsimile: (415) 456-1921

Attorneys for defendants
Cardiovascular Associates of Marin
  and San Francisco Medical Group, Inc.
and Joel Sklar, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD,<br><br>  Defendants. | No. CV-08-1887-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETION OF MEDIATION, CLASS CERTIFICATION DISCOVERY CUTOFF, AND HEARING ON CLASS CERTIFICATION MOTION** |

WHEREAS:

1. At the Case Management Conference in this action on September 26, 2009, this court set a schedule providing that any amendment to the complaint would be filed by November 10, 2009, mediation would be completed by February 28, 2009, the class certification discovery cut-off date would be June 30, 2009, and the class certification motion would be heard on September 4, 2009;

2. The parties to this litigation have been engaged in informal discovery and exchange of information directed toward the issues identified by plaintiff as the basis for an amended complaint;

Case No. CV-08-1887-JSW            1
**JOINT STIPULATION EXTENDING DATE FOR COMPLETION OF MEDIATION, CLASS CERTIFICATION DISCOVERY CUTOFF, AND HEARING ON CLASS CERTIFICATION MOTION**

3. In the course of those discussions, and in the hope of avoiding the filing of a First Amended Complaint, the parties have twice stipulated to extend the deadline for filing of the amended complaint, first from November 10, 2008 to December 11, 2008, and then from December 11, 2008 to January 9, 2008, both times with Court approval;

4. Plaintiff filed a First Amended Complaint on January 9, 2009; and

5. Defendants' response to that First Amended Complaint is due on February 9, 2009.

NOW, THEREFORE, in view of the foregoing, the parties hereto, through their attorneys, stipulate that the date for completion of the mediation shall be extended from February 28, 2009 to April 24, 2009. The parties further request that the pre-class certification discovery deadline be extended from June 30, 2009 to August 25, 2009 and that the date for hearing of the class certification motion be changed from September 4, 2009 to November 6, 2009.

HARRIS & RUBLE

Dated: January 20, 2009  by    /s/ Alan Harris
                                  Alan Harris
                               Attorneys for plaintiff
                               Wendy Westcott, individually and on behalf of all others similarly situated

KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP

Dated: January 20, 2009  by    /s/ Wendy L. Wyse
                                  Wendy L. Wyse
                               Attorneys for defendants
                               Cardiovascular Associates of Marin and San Francisco Medical Group, Inc. and Joel Sklar, M.D.

**IT IS SO ORDERED.**

Dated: January 21, 2009    _____
                           The Honorable Jeffrey S. White
                           United States District Judge

Case No. CV-08-1887-JSW                              2
**JOINT STIPULATION EXTENDING DATE FOR COMPLETION OF MEDIATION, CLASS CERTIFICATION DISCOVERY CUTOFF, AND HEARING ON CLASS CERTIFICATION MOTION**