Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff
WENDY WESTCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WESTCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD,<br><br>Defendants. | No. CV-08-1887-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETION OF MEDIATION, CLASS CERTIFICATION DISCOVERY CUTOFF AND HEARING ON CLASS CERTIFICATION MOTION** |

WHEREAS:

1. In the Court's January 21, 2009 Order, the Court approved the parties' Joint Stipulation to complete mediation by April 24, 2009. The Court further ordered that the pre-class certification discovery deadlines be extended until August 25, 2009, and that the date for the hearing of the class certification motion be set for November 6, 2009.

2. The parties to this litigation were unable to complete adequate discovery in order to engage in meaningful mediation by April 24, 2009, and thus jointly agreed to reschedule the mediation. The parties have since engaged in the exchange of relevant

Case No. CV-08-1887-JSW                                                                 1
**JOINT STIPULATION EXTENDING DATE FOR COMPLETION OF MEDIATION, CLASS CERTIFICATION DISCOVERY CUTOFF, AND HEARING ON CLASS CERTIFICATION MOTION**

1  documentation, have taken the name Plaintiff's deposition and have noticed an additional
2  30(b)(6) deposition of the Defendant entity, all in order to obtain adequate information in
3  order to engage in a meaningful mediation; and
4        3.    The parties are scheduled to take part in mediation with Mr. James Nebel on
5  July 8, 2009.
6        NOW, THEREFORE, in view of the foregoing, the parties hereto, through their
7  attorneys, stipulate that the date for completion of the mediation shall be extended until
8  July 8, 2009, the date of the new mediation.  The parties further request that the pre-class
9  certification discovery deadline be extended from August 25, 2009, to September 29, 2009,
10 and that the date for the hearing of the class certification motion be changed from
11 November 6, 2009 to December 11, 2009.

HARRIS & RUBLE

Dated: June ___, 2009        by   /s/ Alan Harris _____
                                  Alan Harris
                                  Attorneys for plaintiff
                                  Wendy Westcott, individually and on behalf of all others
                                  similarly situated

KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP

Dated: June ___, 2009        by   /s/ Wendy L. Wyse _____
                                  Wendy L. Wyse
                                  Attorneys for defendants
                                  Cardiovascular Associates of Marin and San Francisco
                                  Medical Group, Inc. and Joel Sklar, M.D.

**IT IS SO ORDERED.**

DATED: June 12, 2009        _____
                            Honorable Jeffrey S. White
                            *United States District Judge*

Case No. CV-08-1887-JSW                    2
**JOINT STIPULATION EXTENDING DATE FOR COMPLETION OF MEDIATION, CLASS
CERTIFICATION DISCOVERY CUTOFF, AND HEARING ON CLASS CERTIFICATION MOTION**