1 | Wendy L. Wyse (SBN 068284)
  | J. Hank Edson (SBN 233016)
2 | KEEGIN HARRISON SCHOPPERT
  |   SMITH & KARNER LLP
3 | 1000 Fourth Street, Suite 600
  | San Rafael, California 94901
4 | Telephone: (415) 456-4000
  | Facsimile: (415) 456-1921
5 |
6 | Attorneys for defendants
  | Cardiology Associates of Marin
  |   and San Francisco Medical Group, Inc.,
7 | Cardiovascular Associates of Marin
  |   and San Francisco Medical Group, Inc.
8 | and Joel Sklar, M,D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WENDY WESTCOTT, individually and on behalf of all others similarly situated, | ) ) ) | No. CV-08-1887-JSW |
|---|---|---|
| Plaintiff, | ) ) ) ) | **STIPULATION AND ORDER RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | ) ) | |
| CARDIOLOGY ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; CARDIOVASCULAR ASSOCIATES OF MARIN AND SAN FRANCISCO MEDICAL GROUP, INC.; and JOEL SKLAR, MD, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

///

///

Case No. CV-08-1887-JSW                         1
**STIPULATION AND ORDER RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Plaintiff, on the one hand, and Defendants, on the other hand, hereby stipulate to the immediate dismissal with prejudice of all claims in the above-entitled action. Each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: August 11, 2009     HARRIS & RUBLE

By:  /s/ Alan Harris
     Alan Harris
     *Attorney for Plaintiff*

DATED: August 11, 2009     KEEGIN HARRISON SCHOPPERT
                           SMITH & KARNER LLP

By:  /s/ Wendy L. Wyse
     Wendy L. Wyse
     *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: August 13, 2009     _____
                           Honorable Jeffrey S. White
                           *United States District Judge*

Case No. CV-08-1887-JSW                 2
**STIPULATION AND ORDER RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE**